JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FERNANDO CERVANTES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HYDRO EXTRUSION USA, LLC, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>HYDRO EXTRUSION USA, LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>FERNANDO CERVANTES, an individual,<br><br>Counter-Defendant. | Case No. CV 21-2295-MWF-SKx<br><br>(Los Angeles County Superior Court Case No. 21STCV04828)<br><br>**ORDER GRANTING JOINT STIPULATION TO WITHDRAW NOTICE OF REMOVAL AND REMAND ACTION TO STATE COURT**<br><br>Complaint Filed: February 8, 2021<br>Action Removed: March 15, 2021 |

The Court, having considered the Joint Stipulation of Plaintiff and Counter-Defendant Fernando Cervantes ("Plaintiff") and Defendant and Counterclaimant Hydro Extrusion USA, LLC ("Defendant") (Plaintiff and Defendant herein referred to as the "Parties") to withdraw Defendant's Notice of Removal filed in this Court on March 15, 2021 and remanding this case back to the state court, and good cause appearing therefore, it is ordered as follows:

1. Defendants' Notice of Removal filed in this Court on March 15, 2021 is hereby withdrawn;
2. This Action shall be remanded back to the Superior Court for the State of California, County of Los Angeles; and
3. Each party shall bear its own attorneys' fees and costs incurred in the removal and remand of this action.

**IT IS SO ORDERED.**

Dated: March 29, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge